# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DIANA RODRIGUEZ,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED HOLDERS OF ABFC 2007-WMCI TRUST ASSET BACKED CERTIFICATES, SERIES 2007-WMCI,** et al.,
Appellees.

No. 4D2023-1881

[May 1, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Kerner, Judge; L.T. Case No. 502019CA009610.

David Stuart Fabrikant of Law Office of David S. Fabrikant, P.A., Jupiter, for appellant.

Nicholas Steven Agnello of Burr & Forman LLP, Fort Lauderdale, for appellee U.S. Bank National Association.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

MAY, LEVINE and Forst, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***